JANE V. WEST, Appellant, v. THE CITY OF NEW YORK, a Municipal Corporation, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN K. LAW, Respondent, v. THE BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.